**1603** GIBSON vs. CLERK OF CIRCUIT COURT (Bay), 14 M., 168.

To compel clerk to issue an execution
Granted April 10, 1866.

**1604** WRIGHT vs. CLERK CIRCUIT COURT (Huron), 48 M., 642.

To compel respondent to return files of the Supreme Court, which had been remitted to him by mistake.
Denied June 9, 1882.
Held, that a simple order from the Supreme Court was sufficient to compel the return as in such case the Supreme Court retains authority over the papers, and mandamus is not a proper remedy.

**1605** SCRIBNER vs. GAY, 5 M., 511.

The court has power to compel the correction of records transmitted to it from inferior tribunals, by mandamus.

**1606** McKNIGHT ET AL. vs. TURNER (Clerk Circuit Court), No. 15478.

To compel respondent to make return to the Supreme Court on appeal taken, the answer showing that the fees therefor had not been paid within the statutory time.
Denied, with costs, March 24, 1896.